JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL TSENG (CSBN220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7155
    Facsimile:    (415) 436-6927
    Email:       neill.tseng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LAURA FINNERTY, | ) | No. C 08-00027 BZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | DECLINATION TO PROCEED BEFORE |
| v. | ) | A MAGISTRATE JUDGE AND REQUEST |
| | ) | FOR REASSIGNMENT TO A UNITED |
| SUSANNA MERCADO, | ) | STATES DISTRICT JUDGE |
| | ) | |
| Defendant. | ) | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned U.S. Attorney, specially appearing for defendant in the above-captioned civil matter, hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

                                    Respectfully submitted,

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

Dated: January 9, 2008                          /s/
                                    NEILL T. TSENG
                                    Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

**Laura Finnerty v. Susanna Mercado**
**C 08-00027 BZ**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

√   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___   **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___   **PERSONAL SERVICE (BY MESSENGER)**

___   **FEDERAL EXPRESS via Priority Overnight**

___   **FACSIMILE (FAX)**  Telephone No.: _See Below_

to the party(ies) addressed as follows:

Laura Finnerty
2343 47th Avenue
San Francisco, CA 94116

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 9, 2008 at San Francisco, California.

/s/

MANIK BOWIE
Legal Assistant

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
C-08-00027 BZ                                            2