IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAURA FINNERTY,                                     No. C 08-00027SI

       Plaintiff,                              **NOTICE**

  v.

SUSANNA MERCADO,

       Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, April 11, 2008, at 2:00 p.m.  Please comply with the attached order when preparing for the conference.

Dated: January 10, 2008                             RICHARD W. WIEKING, Clerk

_____
Tracy Sutton
Deputy Clerk

**United States District Court**
For the Northern District of California