JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7155
      Fax: (415) 436-6927
      Email: neill.tseng@usdoj.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA FINNERTY, | No. C 08-0027 SI |
| Plaintiff, | **DECLARATION OF JOSE F. HAMTIG** |
| | **IN SUPPORT OF DEFENDANT'S** |
| v. | **MOTION TO (1) SUBSTITUTE THE** |
| | **UNITED STATES FOR SUSANNA** |
| SUSANNA MERCADO, | **MERCADO AS PARTY DEFENDANT** |
| | **PURSUANT TO 28 U.S.C. § 2679(d)(2)** |
| Defendant. | **AND (2) DISMISS FOR LACK OF** |
| | **SUBJECT MATTER JURISDICTION** |

Date: February 15, 2008
Time: 9:00 a.m.

I, JOSE F. HAMTIG, declare as follows:

1.    I submit this declaration in support of Defendant's Motion to (1) Substitute the

United States for Susanna Mercado as Party Defendant Pursuant to 28 U.S.C. § 2679(d)(2) and

(2) Dismiss for Lack of Subject Matter Jurisdiction. I have personal knowledge of the matters in this declaration and could testify competently if called upon to do so.

2.    I am employed as a Supervisor of Customer Services, United States Postal Services. I am presently assigned to Parkside Station, San Francisco, California. I supervise letter carrier Susanna Mercado.

3.    Attached as Exhibit A is a true and correct copy of the San Francisco Police Department police report for incident #070716566 obtained by the USPS from the San Francisco Police Department.

4.    USPS policy instructs letter carriers to avoid dogs that they feel present a threat to them and specifically not to deliver mail to addresses at which dogs are unleashed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 4, 2008, at San Francisco, California.

JOSE F. HAMTIG

[DECLARATION OF JOSE F. HAMTIG IN SUPPORT OF DEFENDANT'S MOTION TO (1) SUBSTITUTE THE UNITED STATES FOR SUSANNA MERCADO AS PARTY DEFENDANT PURSUANT TO 28 U.S.C. § 2679(d)(2) AND (2) DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION]

# EXHIBIT A

Report Type:  Initial

**S__ i Francisco Police Depart____**
**INCIDENT REPORT**    FAXED   JUL 1 6 2007    **070716566**

| Incident Number | Occurrence from Date/Time | Occurrence to Date/Time | Reported Date/Time | CAD Number |
|---|---|---|---|---|
| 070-716-566 | 07/16/07    14:15 | | 07/16/07    15:15 | 071972285 |

**Type of Incident**
Assault, Aggravated, W/ Other Weapon -04013

| Location of Occurrence | At Intersection with/Premise type | |
|---|---|---|
| 47th Ave | Taraval St   Street, (Not Sidewalk) | |

| Confidential Report? ☐ | Arrest Made? ☑ | Suspect Known? ☐ | Suspect Unknown? ☐ | Non-Suspect Incident? ☐ | Domestic Violence? ☐ | (Type of Weapon Used) | Reporting Unit 313 |
|---|---|---|---|---|---|---|---|

| Location Sent |
|---|
| Same |

| How Cleared? | Reported to Bureau | Name | Star | Date/ Time | Elder Victim | Gang Related? | Juvenile Subject? | Prejudice Based? |
|---|---|---|---|---|---|---|---|---|
| 6 | General Work | Insp. Chin | 847 | 07/16/07  15:30 | ☐ | ☐ | ☐ | ☐ |

**OFFICER DECLARATION**

I declare under penalty of perjury, that this report is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.

PROP 115 CERTIFIED    5 YEAR/POST    Signature: _____

| Reporting Officer | Star | Station | Watch | Date |
|---|---|---|---|---|
| Gilmore, Arline M | 533 | TARAVAL | 06-1600 | 07/16/07 19:41:49 |
| Reviewing Officer | STAR 184 | Station CoI | Watch 15/01 | Date 7/16/07 |
| OIC   Sgt. J. Riggle #T713 | | Station TARAVAL | Watch 1500-0100 | Date 07.16.07 |

| Related Case | Related Case | Re-Assigned to | Assigned to  5G200 | Assigned by |
|---|---|---|---|---|
| | | Copies to  5G200 | Add'l Copies  USPS Postal Police | |

**VICTIM**

| Code R/V | Name (Last, First Middle)  Mercado, Susanna | | Alias |
|---|---|---|---|

| Day Phone (415) 759-5418 | Type Work | Home Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Night Phone (415) 341-3317 | Type Cell | Work Address 1800 Taraval St | City San Francisco | State CA | Zip Code 94116- |

| DOB 11/24/61 | Age 45 | DOB Unk. ☐ | or age between and | Race W | Sex W | Height | Weight | Hair Color | Eye Color | ID Type  Jurisd. | ID No. |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Confidential Person ☐ | Violent Crime Notification ☑ | 293 PC Notification ☐ | Star 533 | Follow-up Form YES ☑ | Statement YES ☑ | Relationship to Subject Known |
|---|---|---|---|---|---|---|

| School (if Juvenile) | Injury/Treatment | Other Information/If Interpreter Needed Specify Language USPS Mail Carrier |
|---|---|---|

**BOOKED**

| Code B | Name (Last, First Middle)  Finnerty, Laura Anne | | ALIAS Imeri |
|---|---|---|---|

| Day Phone ▄▄▄ | Type | Home Address 2343 47th Ave | City San Francisco | State CA | Zip Code 94116- |
|---|---|---|---|---|---|
| Night Phone | Type | Work Address | City | State | Zip Code |

| DOB Unknown ☐ | Date of Birth ▄▄▄ | Age 39 | or age between and | Race W | Sex F | Height 5'04 | Weight 145 | Hair Color RED | Eye Color BRO |
|---|---|---|---|---|---|---|---|---|---|

| SFNO ▄▄▄ | I/D# (if Juvi.) | ID Type/Jurisdiction/Number | ID Type/Jurisdiction/Number | ID Type/Jurisdiction/Number |
|---|---|---|---|---|

| Book Section #1 ▄▄▄ | Book Section #2 | Book Section #3 | Book Section #4 | Book Section #5 | Booking Location Taraval Station |
|---|---|---|---|---|---|

| Warrant # | Court # | Action # | Dept | Enroute to | CWB Check Brown | Star 703 |
|---|---|---|---|---|---|---|

| Warrant Violation(s) | | Bail | Mirandized ☑ | Star 533 | Date 04/16/07 | Time 15:20 | Statement ☑ |
|---|---|---|---|---|---|---|---|

| Citation # | Violation(s) | | Appear Date/Time | Location of Appearance |
|---|---|---|---|---|

| Book/Cite Approval Sgt. Obrien | Star 184 | Mass Arrest Code | M X-Rays ☐ | School (if Juvenile) | ☑ CA Form Booked Copy Attached |
|---|---|---|---|---|---|

Other Information: Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description; Scars, Marks, Tatoos
whi hood sweatshirt, blk tshirt, blue jeans, brn sandals

**070716566**

San Francisco Police Departme.
## ADDITIONAL REPORTEE

RP CODES: F -FOUND; N -NOTIFY; P -PARENT; R -REPORTEE; V -VICTIM; W -WITNESS

| W I T N E S S | Code W | Name (Last, First Middle) Waeltz, Barbara | | | | | Alias | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Day Phone ▇▇▇ | Type Home | Home Address ▇▇▇ | | | | City ▇▇▇ | | State ▇ | Zip Code ▇ |
| | Night Phone | Type | Work Address | | | | City | | State | Zip Code |
| | DOB/ ▇▇▇ | Age 66 | DOB Unk ☐ | or age between AND | Race W | Sex F | Height | Weight | Hair Color | Eye Color | ID No. |
| | Confidential Person ☐ | Violent Crime Notification ☐ | | 293 PC Notification ☐ | Star 533 | F/U Form YES ☑ | Statement YES ☑ | Relationship to Subject | | |
| | School (if Juvenile) | Injury/Treatment | | | | Other Information/If Interpreter Needed Specify Language | | | | |

| | Code | Name (Last, First Middle) | | | | | ALIAS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Day Phone | Type | Home Address | | | | City | | State | Zip Code |
| | Night Phone | Type | Work Address | | | | City | | State | Zip Code |
| | DOB/ | Age | DOB Unk ☐ | or age between AND | Race | Sex | Height | Weight | Hair Color | Eye Color | ID No. |
| | Confidential Person ☐ | Violent Crime Notification ☐ | | 293 PC Notification ☐ | Star | F/U Form YES ☐ | Statement YES ☐ | Relationship to Subject | | |
| | School (if Juvenile) | Injury/Treatment | | | | Other Information/If Interpreter Needed Specify Language | | | | |

| | Code | Name (Last, First Middle) | | | | | ALIAS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Day Phone | Type | Home Address | | | | City | | State | Zip Code |
| | Night Phone | Type | Work Address | | | | City | | State | Zip Code |
| | DOB/ | Age | DOB Unk ☐ | or age between AND | Race | Sex | Height | Weight | Hair Color | Eye Color | ID No. |
| | Confidential Person ☐ | Violent Crime Notification ☐ | | 293 PC Notification ☐ | Star | F/U Form YES ☐ | Statement YES ☐ | Relationship to Subject | | |
| | School (if Juvenile) | Injury/Treatment | | | | Other Information/If Interpreter Needed Specify Language | | | | |

| | Code | Name (Last, First Middle) | | | | | Alias | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Day Phone | Type | Work Address | | | | City | | State | Zip Code |
| | Night Phone | Type | WORK ADDRESS | | | | City | | State | Zip Code |
| | DOB/. | Age | DOB Unk ☐ | or age between AND | Race | Sex | Height | Weight | Hair Color | Eye Color | ID No. |
| | Confidential Person ☐ | Violent Crime Notification ☐ | | 293 PC Notification ☐ | Star | F/U Form YES ☐ | Statement YES ☐ | Relationship to Subject | | |
| | School (if Juvenile) | Injury/Treatment | | | | Other Information/If Interpreter Needed Specify Language | | | | |

SFPD377 B (03/03)

**070716566**

San Francisco Police Department
## PROPERTY LISTINGS

| E | Code/No. EVD | Item Description CA Form | | | | Brand | Model |
|---|---|---|---|---|---|---|---|
| | Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
| | Seized by (Star) | From Where | | | | | |
| | Additional Description/Identifying Numbers<br>signed by (RV) | | | | | | |

| E | Code/No. EVD | Item Description Cold Show Admonition Form | | | | Brand | Model |
|---|---|---|---|---|---|---|---|
| | Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
| | Seized by (Star) | From Where | | | | | |
| | Additional Description/Identifying Numbers | | | | | | |

| E | Code/No. EVD | Item Description Statements | | | | Brand | Model |
|---|---|---|---|---|---|---|---|
| | Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity 3 | Value |
| | Seized by (Star) | From Where | | | | | |
| | Additional Description/Identifying Numbers<br>by (RV), (W), and (B) | | | | | | |

| | Code/No. | Item Description | | | | Brand | Model |
|---|---|---|---|---|---|---|---|
| | Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
| | Seized by (Star) | From Where | | | | | |
| | Additional Description/Identifying Numbers | | | | | | |

| | Code/No. | Item Description | | | | Brand | Model |
|---|---|---|---|---|---|---|---|
| | Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
| | Seized by (Star) | From Where | | | | | |
| | Additional Description/Identifying Numbers | | | | | | |

| | Code/No. | Item Description | | | | Brand | Model |
|---|---|---|---|---|---|---|---|
| | Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
| | Seized by (Star) | From Where | | | | | |
| | Additional Description/Identifying Numbers | | | | | | |

| | Code/No. | Item Description | | | | Brand | Model |
|---|---|---|---|---|---|---|---|
| | Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
| | Seized by (Star) | From Where | | | | | |
| | Additional Description/Identifying Numbers | | | | | | |

SAN FRANCISCO POLICE DEPARTMENT

**INCIDENT REPORT STATEMENT**

INCIDENT NO. 0 7 0 7 1 6 5 6 6

NAME (LAST, FIRST, MIDDLE) OF PERSON GIVING STATEMENT: FINNERTY LAURA ANN

DOB / AGE

RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO: 2343 47TH AVE  ZIP CODE 94116

DATE OF STATEMENT 07-16-07  TIME STARTED 1570 Hrs  TIME COMPLETED

LOCATION WHERE STATEMENT TAKEN: AT SCENE ☐  OTHER: Co. I.

STATEMENT TAKEN BY (NAME / STAR#) FANENE #1814

IN PRESENCE OF

The mail lady came by to deliver our mail today
and my husband was out front of the house.
The mail lady approached him and started lecturing
my husband about our dogs. She was making
comments about how our garage was open on thursday
the previous week, and did not see our dogs.
My husband was trying to talk with her and explain
to her that the dogs were not here on thursday,
they were out with the dog walker. We had our
garage door open inorder to clean it out. My
husband asked her to stop medeling in our lifes.
As she was giving lecture to him about how
we should live, take care of our animals, and such
She (the mail lady) would not listen to him, and
walked away. I opened the window and yelled
at her. She ignored me. I then tried to
talk with her and she just screamed at me.
I then called her a whore and told her
to fuck herself. I then went upstairs and
called the Parkside Station, spoke to the manager
about her harrasing me and my family over
and over. I was told I would get a phone call back
from Supervisor. But Police came and detained me.

I DECLARE, UNDER PENALTY OF PERJURY, THIS STATEMENT OF ___ PAGES IS TRUE AND CORRECT, BASED ON MY PERSONAL KNOWLEDGE.

SIGNATURE OF PERSON GIVING STATEMENT

SAN FRANCISCO POLICE DEPARTMENT

**INCIDENT REPORT** *STATEMENT*

page 1 of 1

INCIDENT NO. `0 7 0 7 1 6 5 6 6`

NAME (LAST, FIRST, MIDDLE) OF PERSON GIVING STATEMENT: MERCADO, SUSANNA   DOB/AGE 11-24-61   RESIDENCE PHONE (DAY/NIGHT) (415) 34-331?   BUSINESS PHONE (DAY/NIGHT) 415-759-5418

RESIDENCE ADDRESS/CITY IF NOT SAN FRANCISCO:   ZIP CODE:   BUSINESS ADDRESS/CITY IF NOT SAN FRANCISCO 1800 TARAVAL ST   ZIP CODE 94116

DATE OF STATEMENT 7-16-07   TIME STARTED 1445   TIME COMPLETED 1510   LOCATION WHERE STATEMENT TAKEN: AT SCENE ☒  OTHER:

STATEMENT TAKEN BY (NAME/STAR) GILMORE   583.   IN PRESENCE OF

---

Appr. 2:00 p.m Laura Imeri drove a big car very fast towards as I was crossing

I was approached by a fast moving veehicle as I was crossing the street. I had to jump back to avoid being hit. Laura Imeri began screaming at me and asked if I complained about her dogs. I ~~of tried to defuse the~~ to explain I merely asked if the dogs were out, but she proceeded to yell, when I took my phone out she told me to call the fuckin cops. ✗ Then she called me a whore and bitch and made an illegal u-turn where again I had to move back to avoid injury. I immediately called 911; busy witness did see and hear and gave testimony Call 553-0123 police were sent, called supervisor Joe.

---

SIGNATURE OF PERSON GIVING STATEMENT: *Mercado*

I DECLARE, UNDER PENALTY OF PERJURY, THIS STATEMENT OF ___ PAGES IS TRUE AND CORRECT, BASED ON MY PERSONAL KNOWLEDGE.

SAN FRANCISCO POLICE DEPARTMENT                                    INCIDENT REPORT *STATEMENT*

| INCIDENT NO. | | | | | | | | page 1 of 1 |
|---|---|---|---|---|---|---|---|---|

INCIDENT NO. 070716566

NAME (LAST, FIRST, MIDDLE) OF PERSON GIVING STATEMENT: Waeltz Barbara M    DOB/AGE 66    RESIDENCE PHONE (DAY/NIGHT) ██    BUSINESS PHONE (DAY/NIGHT)

RESIDENCE ADDRESS / CITY ██    ZIP CODE    BUSINESS ADDRESS / CITY - NOT SAN FRANCISCO    ZIP CODE

DATE OF STATEMENT 7-16-07    TIME STARTED a little after 2 pm    TIME COMPLETED    LOCATION WHERE STATEMENT TAKEN: corner of 47th + Taraval    AT SCENE ☐    OTHER:

STATEMENT TAKEN BY (NAME / STAR #)    IN PRESENCE OF

a little after 2:00 P.M.; I was walking down 47th + Taraval and across the street a Large Van or SUV — Black or dark Blue, pulled up on the corner next to the mail person and came up so fast, she almost hit her, and she jumped Back. I thought maybe it was someone she knew, maybe joking with her, and heard the mail man talking about the womans Dogs. The woman in the vehicle was blond and middle aged caucasian and she started yelling at the mail Person and calling her a fucking whore, Bitch, and sounded like she was threatening her not to complain about her dogs again. The mail person was trying to explain about the dogs being someone when their gates was open, etc. And then the blond woman, still yelling, drove out + made a fast U Turn almost hitting the mail Person again, who had to jump out of the way — the woman proceeded to screech down the street (north) still yelling and I came across to see if the mail Person was OK. She was trembling and tearful and she Called the Police and ...

I DECLARE, UNDER PENALTY OF PERJURY, THIS STATEMENT OF ___ PAGE/S TRUE AND CORRECT, BASED ON MY PERSONAL KNOWLEDGE.

SIGNATURE OF PERSON GIVING STATEMENT: Barbara Waeltz    Superior

**070716566**     ⊥ ₁ Francisco Police Departmei
            **NARRATIVE**

I responded to the above location regarding an assault on a postal worker. (Mail Carrier) On arrival I met with (RV) Mercado, her supervisor, Joe ph:415-759-5418, and (W) Waeltz.

(RV) Mercado was visibly upset and told me the following: She delivers mail and when she got to 2343 47th Ave she noticed the garage door open and (B) Mercado's husband outside. They have two large dogs, a pitbull and a retriever, and Mercado asked if they were inside as she feared for her safety. Mercado told me that the dogs had almost bit a temp. mail carrier in the past. The man got angry and told her not to worry about the dogs, so Mercado continued on her route. When she got to the end of the street, she began to cross 47th Ave. west to east, when suddenly a large blue truck approached at a high rate of speed. Mercado jumped back to avoid being hit. Mercado told me that the truck passed the limit line and stopped where she had been in the crosswalk. The driver, (B) Finnerty, who Mercado recognized as the resident at 2343 47th Ave, began yelling abuse at Mercado. Finnerty was screaming at her about complaining about her dogs and would not listen to Mercado as she tried to diffuse the situation. Mercado began to call the police and Finnerty stated "call the fucking police, you fucking bitch, you whore." Finnerty then pulled off again at a high rate of speed, making Mercado jump away again to avoid being hit, made a fast u-turn and drove north on 47th Ave. I asked Mercado if she felt in danger of being hit and she replied "she was coming straight for me, I jumped, I wasn't going to wait to see if she hit me." Mercado wrote (E) statement.

(W) Waeltz was standing on the south west corner of 47th Ave/Taraval St. during the incident. She observed a large blue or black truck approach the mail carrier at a high rate of speed causing the mail carrier to jump back. At first she thought it was a friend of the mail carrier trying to scare her, but then she heard the driver shouting at the mail carrier, threatening her. Waeltz described the driver as a white middle aged female with blond hair, wearing unknown color sweats. Waeltz heard the driver say "have you been complaining about my dogs you bitch". She then called the mail carrier "a fucking bitch" and "a fucking whore", and threaten her not to complain about the dogs. Waeltz said that the woman then drove away again at a high rate of speed almost hitting the mail person again. The mail person was tearful and trembling when Waeltz approached her. (See (E) statement by Waeltz).

I contacted Off. Fanene #1814 and asked him to respond to 2343 47th Ave. Fanene made contact with (B) Finnerty. I explained the cold show admonition to Mercado and she positively identified Finnerty as the person who tried to run her down. Finnerty was placed under arrest and transported to Co. I by Off. Fanene. Fanene told me that he observed a blue truck parked outside 2343 47th Ave. License plate 5TKP146, a 2006 Blue Nissan Xterra registered to Finnerty.

It should be noted that Mercado had given us the last name of the suspect as Imeri. Finnerty later told us that her married name was Imeri, but she had reverted to her maiden name of Finnerty. (B)'s name on her CA DL is Finnorty Imeri and on her SFPD rap sheet it is Finnerty.

At Co. I, Fanene explained her rights to Finnerty who stated that she wanted to write her side of the incident. Mercado wrote (E) statement. Before reading the statement or talking to Mercado, I read her her Miranda rights from my department issued card. Mercado again stated that she understood her rights and would talk to us. Mercado stated that she has been having problems with the mail carrier since last year when the mail carrier went on vacation. The dogs got out and scared the replacement mail carrier who reported the dogs to Animal Care and Control. When Mercado came back, Finnerty said she had changed, and was no longer friendly with the dogs but acted scared, continually asking if they were secure if she saw the garage door open. Today she got into a verbal with Mercado's husband and then walked away. Finnerty shouted out the window at her calling her

a whore and told her to fuck her   lf. Finnerty denied that she follow   ner in a vehicle, then stated
"it was my sister, she called her a bitch". Finnerty stated that she had never left the house, but had
called the postal supervisor after the incident.

At Co. I Finnerty complained of having Asthma. Medic 18 responded and cleared Finnerty who was
then booked on the above listed charge. All evidence was booked by me at Co. I. Mercado and
Waeltz were given follow up information at the scene and Mercado was given a victim of violent
crimes form.