| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | NEILL TSENG (CSBN220348)<br>Assistant United States Attorney |

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7155
    Facsimile:  (415) 436-6927
    Email:  neill.tseng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LAURA FINNERTY, | ) | No. C 08-00027 BZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROOF OF SERVICE |
| v. | ) | |
| | ) | |
| SUSANNA MERCADO, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **January 10, 2008** she caused a copy of **DEFENDANT'S NOTICE OF MOTION AND MOTION TO (1) SUBSTITUTE THE UNITED STATES FOR SUSANNA MERCADO AS PARTY DEFENDANT PURSUANT TO 28 U.S.C. § 2679(d)(2) AND (2) DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** filed **January 10, 2008**, to be served by U.S. mail upon the person at the place and address(es) stated below, which is the last known address:

**Laura Finnerty**
**2343 47th Avenue**
**San Francisco, CA 94116**

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.

3  Dated: January 11, 2008
4                                                                           /s/
                                                                    MANIK BOWIE
                                                                    Legal Assistant

PROOF OF SERVICE
C-08-00027 BZ                                    2