IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FINNERTY, | No. C 08-0027 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA | |
| Defendant. | |

This action is dismissed for lack of subject matter jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 15, 2008

SUSAN ILLSTON
United States District Judge