**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 2/15/08

Case No.   C-08-0027 SI           Judge:   SUSAN ILLSTON

Title: LAURA FINNERTY -v- SUSANNA MERCADO

Attorneys: Neill Tsng            n/a

Deputy Clerk: Tracy Sutton   Court Reporter: B. Ball

**PROCEEDINGS**

1)   Defendant's Motion to Substitute Party Deft. - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    ( X )Court

Disposition :  ( X ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                  PART

Case continued to     @ 2:30 p.m. for Further Case Management Conference

Case continued to     @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to     @ 3:30 p.m.  for Pretrial Conference

Case continued to     @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: